United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth Ray Martin
Stephanie Ann Martin
    Debtors

Case No. 14-17629-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jul 11, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2017.
db/jdb        +Kenneth Ray Martin,    Stephanie Ann Martin,    235 Park Avenue,    Lititz, PA 17543-9552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2017 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
         LLC paeb@fedphe.com
        MITCHELL A. SOMMERS    on behalf of Debtor Kenneth Ray Martin sommersesq@aol.com,    kjober@ptd.net
        MITCHELL A. SOMMERS    on behalf of Joint Debtor Stephanie Ann Martin sommersesq@aol.com,
         kjober@ptd.net
        PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
         rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
                                            )
KENNETH RAY MARTIN           )           CHAPTER 13
STEPHANIE ANN MARTIN      )
                                            )           Case No. 14-17629
                                            )

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW this __11th__ day of __July__, 2017 the Movant/Debtor having requested expedited consideration of this Motion for Sale of 235 Park Avenue, Lititz, Pennsylvania, IT IS HEREBY ORDERED that an expedited Hearing for my consideration of the Movant/Debtor's Motion shall be held at:

**United State Bankruptcy Court-E.D.
Pa. Courtroom Number 3**
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, STE 202
Philadelphia, PA 19107

On __July 19__, 2017 at __10:30 a.m.__ prevailing time.

IT IS HEREBY FURTHER ORDERED that Movant/Debtor's counsel shall immediately both (1) notify by telephone and (2) serve copies of this signed Order and Motion on the following parties by email or facsimile:

William Miller, Trustee (VIA ECF)
1234 Market Street, STE 1813
Philadelphia, PA 19107

Keith Anderson, President
Ditech Financial, LLC
1100 Virginia Place, STE 100A
Fort Washington, PA 19034
FAX: 267-419-4298

Certastes, LLC
c/o William Weinstein, President
 Weinstein, Pinson & Riley
2001 Western Avenue, STE 400
Seattle, WA 98121
FAX: 206-269-3493

Jefferson Capital Systems, LLC
ATTN: Jenny Kirshner, Supervisor
16 McLeLand Road
St. Cloud, MN 56302-9617

BY THE COURT:

_____
HON. JEAN K. FITZSIMON