**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie Ann Martin<br>Kenneth Ray Martin<br>                             Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-17629 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Thomas I. Puleo, Esquire**
                    Thomas I. Puleo, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734