United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-17629-jkf
Kenneth Ray Martin                                                         Chapter 13
Stephanie Ann Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey              Page 1 of 1              Date Rcvd: Jul 19, 2017
                                 Form ID: pdf900           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db/jdb        +Kenneth Ray Martin,   Stephanie Ann Martin,   235 Park Avenue,   Lititz, PA 17543-9552
cr            +Ditech Financial LLC FKA Green Tree Servicing, LLC,   14841 Dallas Parkway, Suite 300,
               DALLAS, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:41   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:31:18
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2017 01:31:32    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                            TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
              LLC paeb@fedphe.com
              MITCHELL A. SOMMERS    on behalf of Debtor Kenneth Ray Martin sommersesq@aol.com,  kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Stephanie Ann Martin sommersesq@aol.com,
              kjober@ptd.net
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
              pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
              rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENNETH RAY MARTIN | ) | CHAPTER 13 |
| STEPHANIE ANN MARTIN | ) | |
| | ) | Case No. 14-17629 |

### ORDER

**AND NOW,** this _____ day of _____, 2017, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 235 Park Avenue, Lititz, Pennsylvania("Property"), with all liens to be paid at closing, for the sale price of $157,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of June 14, 2017, to the buyer(s) thereunder, Justin R. Martin, ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $85.50 |
| 2. | Liens paid at closing – Ditech Financial, LLC (First Mortgage Holder) | $73,716.00 |
| 3. | Gift of Equity to Buyer | $74,366.07 |
| 4. | Real estate taxes, sewer, trash and/or other such items | $2,312.44 |
| 5. | Property repairs, if any | $ |
| 6. | Real estate commission At no greater than 6% | $ |

Page 1 of 2

7.    Attorneys' fees, if any                                    $

8.    Any small (less than $300.00)                              $300.00
      allowances agreed to be made to Buyer
      to settle any unforeseen dispute arising at settlement

9.    Net proceeds to Stephanie A. Martin                        $369.80

10.   Less Incoming credit for Tax Prorations                    ($2,334.51)

11.   Other                                                      $
             TOTAL                                               $

        After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Chapter 13 trustee,  $8,200.00, to be available under debtor's plan for distribution to unsecured creditors. Debtor shall immediately amend his plan, consistent with this Order and the sale of the Property.

        The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

                        BY THE COURT


                        _____
                        HON. JEAN K. FITZSIMON
                        BANKRUPTCY JUDGE