# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       )
                                             )    CHAPTER 13
KENNETH RAY MARTIN                           )
STEPHANIE ANN MARTIN                         )
          Debtors                            )    Case No. 14-17629
                                             )

## 2ND AMENDED CHAPTER 13 PLAN

Debtors propose to, and have already paid off the existing mortgage and paid all unsecured creditors through the sale of Real Estate located at 235 Park Avenue, Lititz, Pennsylvania, as well as all unsecured creditors at 100%, no more payments are due and the Debtors shall receive a discharge as the plan payments have been made in full.

_/s/ Kenneth R Martin_                       _/s/ Stephanie A. Martin_
Kenneth Ray Martin                            Stephanie Ann Martin

Dated: 8/17/2017