IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Chapter 13 |
| KENNETH RAY MARTIN | : | |
| STEPHANIE ANN MARTIN | : | |
| | : | Bk No.:  14-17629 |
| Debtor(s) | : | |

# **ORDER**

AND NOW, this __13th__ day of __September__, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application") and the Certificate of No Response which Applicant filed in connection with the Appplication (see Docket No. 70);

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,647.50.

BY THE COURT:

_____
U.S. Bankruptcy Judge