United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17629-jkf
Kenneth Ray Martin                                                        Chapter 13
Stephanie Ann Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Sep 14, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db/jdb         +Kenneth Ray Martin,   Stephanie Ann Martin,   235 Park Avenue,   Lititz, PA 17543-9552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
               LLC paeb@fedphe.com
              MITCHELL A. SOMMERS    on behalf of Debtor Kenneth Ray Martin sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Stephanie Ann Martin sommersesq@aol.com,
               kjober@ptd.net
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :    Chapter 13
   KENNETH RAY MARTIN               :
   STEPHANIE ANN MARTIN             :
                                    :    Bk No.:  14-17629
           Debtor(s)                :

## ORDER

AND NOW, this __13th__ day of __September__, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application") and the Certificate of No Response which Applicant filed in connection with the Appplication (see Docket No. 70);

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,647.50.

BY THE COURT:

_____
U.S. Bankruptcy Judge