## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| KENNETH RAY MARTIN | ) | |
| STEPHANIE ANN MARTIN | ) | |
| Debtors | ) | Case No. 14-17629 |
| | ) | |

## ORDER

NOW, this _____ day of _____ 2017, it is

ORDERED that the 2nd Amended Chapter 13 plan be APPROVED. Debtors shall file the amended plan within 10 days of the date of this order.

It is FURTHER ORDERED that the wage attachment upon Debtor, Kenneth Ray Martin, in the amount of $1064.00 with his employer Weaver Precast, Inc., 824 E Main Street, Ephrata, PA 17522, is hereby terminated.

**Date: September 25, 2017**

_____
Bankruptcy Judge