United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-17629-jkf
Kenneth Ray Martin                                                                        Chapter 13
Stephanie Ann Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey            Page 1 of 1              Date Rcvd: Sep 26, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db/jdb         +Kenneth Ray Martin,   Stephanie Ann Martin,   235 Park Avenue,   Lititz, PA 17543-9552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Ditech Financial LLC F/K/A Green Tree Servicing
               LLC paeb@fedphe.com
              MITCHELL A. SOMMERS    on behalf of Debtor Kenneth Ray Martin sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Stephanie Ann Martin sommersesq@aol.com,
               kjober@ptd.net
              PETER J. ASHCROFT    on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| **KENNETH RAY MARTIN** ) | |
| **STEPHANIE ANN MARTIN** ) | |
| Debtors ) | Case No. 14-17629 |
| ) | |

**ORDER**

NOW , this _____ day of _____ 2017, it is

ORDERED that the 2nd Amended Chapter 13 plan be APPROVED. Debtors shall file the amended plan within 10 days of the date of this order.

It is FURTHER ORDERED that the wage attachment upon Debtor, Kenneth Ray Martin, in the amount of $1064.00 with his employer Weaver Precast, Inc., 824 E Main Street, Ephrata, PA 17522, is hereby terminated.

**Date: September 25, 2017**

_____
Bankruptcy Judge