Certificate Number: 15317-PAE-DE-029952850

Bankruptcy Case Number: 14-17629



15317-PAE-DE-029952850

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 29, 2017</u>, at <u>10:20</u> o'clock <u>AM PDT</u>, <u>Kenneth Martin</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 29, 2017</u>          By:    <u>/s/Rose Benito</u>

                                        Name:  <u>Rose Benito</u>

                                        Title: <u>Counselor</u>

Certificate Number: 15317-PAE-DE-029952849

Bankruptcy Case Number: 14-17629



15317-PAE-DE-029952849

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 29, 2017</u>, at <u>10:20</u> o'clock <u>AM PDT</u>, <u>Stephanie Martin</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 29, 2017</u>          By:  <u>/s/Rose Benito</u>

Name:  <u>Rose Benito</u>

Title:  <u>Counselor</u>