United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17629-amc
Kenneth Ray Martin                                              Chapter 13
Stephanie Ann Martin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db/jdb      +Kenneth Ray Martin,   Stephanie Ann Martin,   235 Park Avenue,   Lititz, PA 17543-9552
cr          +Ditech Financial LLC FKA Green Tree Servicing, LLC,   14841 Dallas Parkway, Suite 300,
              DALLAS, TX 75254-7883
13391270     Apex Asset Management,   PO Box 5407,   Lancaster, PA 17606-5407
13443380    +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13391271     Ephrata Community Hospital,   PO Box 7165,   Ephrata, PA 17522
13391272     Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
13391275     National Recovery,   PO Box 67015,   Harrisburg, PA 17106-7015
13391278    +PPL,   2 N 9th Street,   Allentown, PA 18101-1179
13391276    +Penn Credit Corp,   916 S 14th Street,   Harrisburg, PA 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:04    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:42:55
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13485910     E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2017 01:42:43    Green Tree Servicing LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13391273    +E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2017 01:42:43    Green Tree Servicing,
              PO Box 6172,   Rapid City, SD 57709-6172
13391274     E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2017 01:43:46    Jefferson,   16 McLeland Road,
              Saint Cloud, MN 56303
13448313     E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2017 01:43:46    Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13391277     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:51:59
              Portfolio Recovery,   120 Corporate Blvd, STE 1,   Norfolk, VA 23502
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
               LLC paeb@fedphe.com
              MITCHELL A. SOMMERS    on behalf of Debtor Kenneth Ray Martin sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Stephanie Ann Martin sommersesq@aol.com,
               kjober@ptd.net
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kenneth Ray Martin and Stephanie
Ann Martin

    Debtor(s)            Bankruptcy No: 14–17629–amc
                        Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

 2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

 3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 12/20/17

                        81 – 80
                     Form 138_new